EDWARD VANDEVILLE, Respondent, v. MARY C. EMERY, Appellant, and WILLIAM EMERY, Defendant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted and question for review certified. [See 249 App. Div. 795.] Order entered December 23, 1936, amended to provide that the affirmance was made as matter of law and not in the exercise of any discretion. (Order entered March 8, 1937.) Present — Sears, P. J., Thompson, Crosby and Lewis, JJ.

THE MARINE TRUST COMPANY OF BUFFALO, Respondent, v. AMERICAN SURETY COMPANY OF NEW YORK, Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs; motion to amend order entered December 23, 1936, and for leave to appeal to the Court of Appeals denied. (Order entered March 8, 1937.) Present — Sears, P. J., Thompson, Crosby and Lewis, JJ.

In the Matter of H. NILE EDDY, an Attorney.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of FREDERICK J. MIX, an Attorney and Counselor at Law.— Motion for stay pending appeal denied. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

## (March 17, 1937.)

THE SYRACUSE TRUST COMPANY, Appellant, v. JOSEPH BONDY, Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion so far as it relates to the counterclaim denominated " C " granted, without costs, on the authority of *Field* v. *Leavitt* (5 J. & S. 215) and see *First Bank of Notasulga* v. *Jones* (156 App. Div. 277). All concur. (The order denies motion to strike out counterclaim in action on promissory note.) Present — Sears, P. J., Thompson, Crosby and Cunningham, JJ.

LELA B. DAVIS COLBURN, Personally and as General Guardian for HARRY M. DAVIS, and Others, and Being the Widow, Heirs at Law and Next of Kin of CLARENCE DAVIS, Deceased, Appellants, v. FIDELIA N. IRELAND and Another, Personally, and as Executors, etc., of ELEANOR L. WAKER, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order dismisses the complaint in an action brought to recover damages for taking possession of gasoline sales equipment, etc.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

KIRCH-TRUMBULL CORPORATION, Respondent, v. MILLER-MURRAY & COMPANY, INCORPORATED, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies motion to dismiss the complaint in an action for damages for breach of contract.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. IDA WOLF SCHICK, Respondent, v. ROLAND B. MARVIN, Mayor, and Others, Appellants.— Order reversed, without costs, and motion denied, without costs, on the ground that the motion to amend the record was not timely made and that the stipulation itself was irrelevant. All concur. (The order amends the record on appeal in an action to vacate an assessment.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ. [See 249 App. Div. 293.]